# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| V. | : | NO. 16-336 |
| | : | |
| PETER PAPPAS | : | Hon. Renee Marie Bumb, CJ |

## ORDER

AND NOW, this 23rd day of October, 2023, upon agreement of the parties, it is hereby ORDERED that the Defendant, Peter Pappas, shall be permitted to renew his passport. Pre-Trial Services or its designee shall return Defendant's passport to him for the purpose of applying for a new passport and when the Defendant has received the updated passport, he shall surrender it to his Pre-Trial Services Officer or designee within 24 hours. All other conditions of release, including unsecured appearance bond, shall remain in effect.

BY THE COURT:

_____
United States District Judge